JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL MORROW, | Case No. CV 07-6876-RGK (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| J. WOODRING, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: APR 22 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/23/08

DEPUTY CLERK